THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BERT KAHN, Also Known as BERT KALAN, Appellant.

Submitted October 4, 1943; decided October 14, 1943.

---

* See, also, *Morris* v. *Chemical Bank & Trust Co.* (291 N. Y. 646).— [REP.

*Bert Kahn,* in person, for motion.

No one opposed.

Motion for leave to appeal dismissed. Such a motion cannot be considered by the Court of Appeals under section 520, subdivision 3, of the Code of Criminal Procedure. It cannot be granted by a judge of the Court of Appeals because leave has already been denied by another judge, and because the present application is not made within the time limited by the statute.[*]

---

[*] See Code Crim. Pro., § 521; *People* v. *Geffin,* 245 N. Y. 75. — [REP.